## Poborsky *v.* Poborsky, Appellant.

Argued November 12, 1970. *W. Louis Coppersmith,* with him *Margolis & Coppersmith,* for appellant; *Samuel R. DiFrancesco, Sr.,* with him *DiFrancesco & DiFrancesco,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Potter Township School District Appeal.

Argued November 12, 1970. *Robert L. Orr,* with him *Orr and Orr,* for appellant; *Patrick H. Washington,* Deputy Attorney General, with him *Fred Speaker,* Attorney General, for Pennsylvania State Board of Education, appellee.

Order affirmed.